# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-0082-LDG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| JUAN-JOSE MARTINEZ-LEANOS, | |
| Defendant. | |

On April 26, 2010, the magistrate judge submitted a report recommending that defendant's motion to dismiss the indictment be denied (#19). Defendant filed no objections to the report and recommendation.

The court has reviewed the report and recommendation and finds that the magistrate judge's conclusions are sound. Furthermore, in the absence of any objection to the report and recommendation, the court need not review de novo any factual determination made by the magistrate judge. See 28 U.S.C. § 636(b)(1). Moreover, on August 28, 2010, defendant entered a plea of guilty to the indictment, thus mooting his motion to dismiss.

THE COURT HEREBY ORDERS that the report and recommendation (#19) is ADOPTED, and that defendant's motion to dismiss the indictment (#15) is DENIED.

Dated this 30 day of September, 2010.

_____
Lloyd D. George
United States District Judge